# Lemery Greisler LLC

Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

October 21, 2011

**FILED**
OCT 24 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Clerk
U.S. Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, New York 12501

10/24/11

    Re:    Scott, Tim
             Case No. 08-60647/Chapter 7

Dear Sir or Madam:

I am the Chapter 7 Bankruptcy Trustee in this case.

In accordance with the U.S. Bankruptcy Court's Final Order of Distribution, enclosed please find my Trustee check no. 113 representing pro rata distribution to the following creditors:

| Claim No. | Creditor | Amount |
|---|---|---|
| 12 | Central Service Bureau, Inc.<br>P.O. Box 549<br>Massena, NY 13662-0549 | $0.15 |
| 14 | Central Service Bureau, Inc.<br>P.O. Box 549<br>Massena, NY 13662-0549 | $0.70 |
| 15 | Canton Potsdam Hospital<br>50 Leroy Street<br>Potsdam, NY 13676 | $1.95 |

Thank you for your attention.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
Enclosures

Receipt # 61100474

2011 OCT 24 AM 11:12
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
UTICA

RECEIVED

50 Beaver Street, Albany, NY 12207  Tel: (518) 433-8800  Fax: (518) 433-8823
60 Railroad Place, Saratoga Springs, NY 12866  Tel: (518) 581-8800  Fax: (518) 581-8823  •  www.lemerygreisler.com